# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Tony Wells ,

    Plaintiff(s),

JUDGMENT IN A CIVIL CASE

vs.

3:09-cv-104
5:05-cr-32-2 and 3:06-cr-45-1

USA,

    Defendant(s).


DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 30, 2011 Order.

Signed: March 30, 2011

Frank G. Johns, Clerk
United States District Court